# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
| 7070780 | J Liebrock 887 | | NG-14 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR ☐ USC ☐ State Code |
|---|---|---|
| 06/03/2017 18:30 | Title 36 327.24(b) | |

Place of Offense: Old Fed Campground / Lake Lanier

Offense Description; Factual Basis of Charge: Providing false information

HAZMAT ☐

7070780

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone: (301) 728-0208 |
|---|---|---|---|
| McRoy | Jamis | C | |

Street Address: 921 Westmoreland Cir NW, APT 5202

| City | State | Zip Code |
|---|---|---|
| Atlanta | GA | 30318 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| 059445540 | | GA | | 10/18/1991 |

☑ Adult ☐ Juvenile  Sex ☐ Male ☑ Female  Eyes BRO  Hair BLK  Height 5'2"  Weight 135

### VEHICLE  VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ Color | CMV ☐ |
|---|---|---|---|---|---|

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 200.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 230 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court, Gainesville, GA

Date (mm/dd/yyyy): To be notified  Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Def Not Present

Original CVB Copy

---

CVB SCAN JUN 30, 2017 11:26

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 3, 2017 while exercising my duties as a law enforcement officer in the Northern District of Georgia

I observed Ms. McRoy provide false information to Ranger violation.

The foregoing statement is based upon:
☑ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/03/2017  Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NG-14 | 7070781 | J Uebrock | 887 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | HAZMAT ☐ |
|---|---|---|
| 06/03/2017  8:30 | 7:He 36 327.24 (a) | |

Place of Offense: Old Fed Campground / Lake Lanier

Offense Description: Factual Basis for Charge: Interference with agency Functions

### DEFENDANT INFORMATION | Phone: 301-728-0208

| Last Name | First Name | M.I. |
|---|---|---|
| McRoy | Amari's | C |

Street Address: 921 Westmoreland Cir NW APT 5202

| City | State | Zip Code |
|---|---|---|
| Atlanta | GA | 30318 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| 059445540 | | GA | | 10/18/1991 |

☒ Adult ☐ Juvenile  Sex ☐ Male ☒ Female

### VEHICLE  VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐ |
|---|---|---|---|---|---|---|

**A ☐** IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B ☒** IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ 400 Forfeiture Amount + $30 Processing Fee
$ 430 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S District Court Gainesville, GA | To be notified |
| | Time (hh:mm) Not fixed |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Def Not Present

---

7070781

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 3, 2017 while exercising my duties as a law enforcement officer in the Northern District of Georgia

continued to advise officers cint gate enforcement as daily presist.

_____

The foregoing statement is based upon:

☒ my personal observation  ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/03/2017  [Officer's Signature]
    Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge
    Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUN 30, 2017 11:26

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NG 14 | 7070787 | J. Ueberle | 887 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/30/2017 18:30 | 7.96 36(b) / 327.24(b) |

| Place of Offense |
|---|
| Old Federal Campground / Lake Lanier |

**Offense Description: Factual Basis for Charge**   HAZMAT ☐

Providing false statement and information

---

**DEFENDANT INFORMATION**   Phone: (202) 903-4631

| Last Name | First Name | M.I. |
|---|---|---|
| Reyes | Nina | A |

| Street Address |
|---|
| 2224 36th ST SE |

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20020 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| 3475345 | | DC | | 11/13/1998 |

| ☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | BL | Brown | 5'4" | 135 |

**VEHICLE**   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

---

A ☐ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).**

B ☒ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).**

$ 200 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 230 **Total Collateral Due**

---

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US District Court Gainesville, GA | To be |
| | Time (hh:mm) |
| | notified |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Def Not Present

Original - CVB Copy

7070787

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Jun 3**, 20**17**, while exercising my duties as a law enforcement officer in the **Northern** District of **Georgia**

I observed Ms. Reyes providing false information to the Ranger. Violation.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/03/2017 [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
| 7070788 | J Liebrock | 887 | N6-14 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR ☒ USC ☐ State Code |
|---|---|---|
| 06/03/2017 7:36 | 7.116 36(c) | |

Place of Offense: Old Federal Campground / Lake Lanier

Offense Description: Factual Basis for Charge — HAZMAT ☐
Interference with agency functions

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone: (202) 903 4631 |
|---|---|---|---|
| Reyes | Nina | M | |

Street Address: 2224 36th ST SE

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20020 |

Drivers License No. 3475345   D.L. State: DC   Social Security No.   Date of Birth (mm/dd/yyyy) 11/13/1988

| | | | Sex | | | Eyes | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| ☒ Adult ☐ Juvenile | | | ☐ Male ☒ Female | | BL | Brown | 5'4" | 135 |

### VEHICLE  VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐ |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ 400 Forfeiture Amount + $30 Processing Fee
$ 430 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hr:mn) |
|---|---|---|
| US District Court Gainesville, GA | to be Notified | to be Notified |

X Defendant Signature: Def Not Present

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

7070788

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Jan 13, 20 17, while exercising my duties as a law enforcement officer in the Northern District of Georgia

got call at old site vehicle and yelled out got site attendants

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/03/2017   Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUN 30, 2017 11:26

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
| NG-14 | 7070782 | J Liebrock | 887 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | Place of Offense |
|---|---|---|
| 06/03/2017 8:30 | 7.file 36 327.24(b) | Old Federal Campground Lake Lanier |

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Providing false information and information

## DEFENDANT INFORMATION
Phone: (202) 258-6085

| Last Name | First Name | M.I. |
|---|---|---|
| Thomas | Ryan | J |

| Street Address |
|---|
| 910 Sable green way |

| City | State | Zip Code |
|---|---|---|
| Alpharetta | GA | 30004 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| 058917769 | | GA | | 01/07/1992 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BL | Eyes Brown | Height 6'00" | Weight 160 |

## VEHICLE VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐ |
|---|---|---|---|---|---|---|

**A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

**B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

$ 200.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 230 Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US District Court Gainesville, GA | To be notified |
| | Time (hh:mm) Not Present |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Def Not Present

Original - CVB Copy

---

7070782

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 3, 2017 while exercising my duties as a law enforcement officer in the Northern District of Georgia

I observed Mr. Thomas provide false information to officer violation

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/03/2017
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUN 30, 2017 11:26

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
| 7070783 | J. Liebrock | 887 | NG-14 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | |
|---|---|---|
| 06/03/2017 18:30 | Title 36 327.24(a) | |

**Place of Offense:** Old Federal Campground

**Offense Description:** Factual Basis for Charge
Interference with agency functions

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone: (202) 258-6085 |
|---|---|---|---|
| Thomas | Ryan | J | |

**Street Address:** 910 Sablegreen Way
**City:** Alpharetta  **State:** GA  **Zip Code:** 30004

| Drivers License No. | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| 059871769 | GA | | 01/07/1992 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair: BL  Eyes: Brown  Height: 6'0"  Weight: 160

## VEHICLE  VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐ |
|---|---|---|---|---|---|---|

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**PAY THIS AMOUNT →** $ 400 Forfeiture Amount
+ $30 Processing Fee
$ 430 Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US District Court Gainesville, GA | To be notified |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Def Not Present

7070783

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 3, 2017 while exercising my duties as a law enforcement officer in the Northern District of Georgia

Defendant continued to accuse officers and quite offendant as being racist

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/03/2017  Officer's Signature [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN JUN 30, 2017 11:26