IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

TAMRIS MCROY, NINA REYES, AND RYAN THOMAS

Criminal Action No.

2:17-MJ-22-JCF

**Bill of Particulars**

The United States of America, by Byung J. Pak, United States Attorney, and William L. McKinnon, Jr., Assistant United States Attorney for the Northern District of Georgia, files this Bill of Particulars, as follows:

**False Statements**

1. Only one person got out of the car (the car the defendants were riding in).
2. No one screamed at the park attendant.
3. Did not call the park attendant or the police officer (actually a Hall County Deputy Sheriff) a racist.

**Interference with Agency Function**

1. Did not stop at the stop sign leading into the park. (Driver of the car only).

2. Did not register to go into the park.

3. Screamed at gate attendants trying to intimidate them, thereby interfering with the gate attendants' abililty to enforce park regulations.

4. Defendants' conduct interfered with the gate attendants ability to address another driver who was stopped in the gate area blocking traffic because of the defendants' behavior.

5. Defendants' conduct caused the gate attendants to call Ranger Liebrock, who was off-duty at the time, to come to the park to address the disruption caused by the defendants' behavior.

6. Defendants initially refused to provide identification at the request of Ranger Liebrock.

7. Defendants called Ranger Liebrock a racist and falsely accused him of stopping the defendants because they are African-American.

## Conclusion

The Government reserves the right to amend the foregoing Bill of Particulars prior to trial of this matter.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/WILLIAM L. MCKINNON, JR.
*Assistant United States Attorney*
Georgia Bar No. 495812
William.mckinnon@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        James G. Banks

December 4, 2017

        /s/ WILLIAM L. MCKINNON, JR.
        WILLIAM L. MCKINNON, JR.
        *Assistant United States Attorney*