IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

TAMRIS MCROY, NINA REYES, RYAN
THOMAS, AND DIMITRIAN WALTON

Criminal Action No.

2:17-MJ-22-JCF

## ORDER

The Court has been advised that TAMRIS MCROY, NINA REYES, RYAN THOMAS, AND DIMITRIAN WALTON have entered into a pretrial diversion agreement with the United States Attorney's Office. Under the terms of the pretrial diversion agreement, each defendant has agreed to write a letter of apology to the individuals impacted by their behavior which led to the issuance of citations to him or her by Ranger Liebrock with the Army Corps of Engineers and each defendant has agreed to pay a fine in the amount of $300.00. The United States Attorney's Office has agreed to dismiss the instant case and the underlying citations pending against each defendant upon receipt of the letter of apology and payment of the fine.

Accordingly, it is hereby ORDERED that the clerk of court accept and receive fine payments in the amount of $300.00 from TAMRIS MCROY, NINA REYES, RYAN THOMAS, AND DIMITRIAN WALTON in the manner in which fine

payments are received and that the clerk of court disburse said fine payments in the manner in which fine payments are disbursed.

So Ordered this 20th day of February 2018.

J. CLAY FULLER
United States Magistrate Judge