IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate No. |
| v. | |
| Tamris C. McRoy | 2:17-MJ-22-JCF |

*FILED IN CLERK'S OFFICE*
*U.S.D.C. - Gainesville*
**FEB 23 2018**
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that upon authority of the undersigned and pursuant to the pretrial diversion agreement reached by the parties, the above styled case is dismissed as to Tamris C. McRoy and Movant prays leave of Court to file the same.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

By:  William L. McKinnon, Jr.
*Assistant United States Attorney*
Georgia Bar No. 495812
William.mckinnon@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

### Order

Now, to-wit, on the 21st day of February, 2018, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
J. CLAY FULLER
UNITED STATES MAGISTRATE JUDGE